**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **RICHARD DEVORE,** )<br>    **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**UNITED PARCEL SERVICE, INC.,** )<br>    **Defendant.** ) | **CASE NO. 3:19-cv-731-CRS** |

\*\*\* \*\*\* \*\*\*

**PLAINTIFF'S REPLY IN SUPPORT OF**
**MOTION TO RECONSIDER AND REVISE**

Comes the Plaintiff, Richard DeVore ("Mr. DeVore"), by counsel, and, for his Reply in support of his Motion to Reconsider and Revise the Court's Order denying Leave to File his Amended Complaint (DN 63), states as follows:

In opposition to Mr. DeVore's Motion, Defendant United Parcel Service, Co. ("UPS") notes that Mr. DeVore seeks reconsideration and revision of this Court's Order denying his motion for leave to amend his complaint *to the extent the Court relied on a misfiled exhibit to the motion*, his proposed Amended Complaint. (DN 66) The remainder of UPS's Response in Opposition is not relevant. It should therefore have no bearing on this Court's decision on whether to reconsider and revise.

As more thoroughly explained in his Motion to Reconsider and Revise, Mr. DeVore's counsel accidently attached an outdated version of his proposed Amended Complaint to his Motion for Leave to Amend. In its Order denying, the Court observed discrepancies between Mr. DeVore's Motion and his proposed Amended Complaint. (DN 61) This is what ultimately alerted Mr. DeVore's counsel to their mistake.

Mr. DeVore then filed this Motion to Reconsider. If the Court's denial was in any way based on the outdated draft of his proposed Amended Complaint, Mr. DeVore respectfully requested the Court to consider his correct proposed Amended Complaint and reconsider its Order denying, as necessary.

UPS in turn spends 7 pages rehashing every argument it previously made in opposition to Mr. DeVore's Motion for Leave to File an Amended Complaint. Though he disagrees, Mr. DeVore intentionally did not discuss these issues again here for the simple reason that he dealt with and opposed those arguments in his original motion to amend and reply, and he incorporates by reference that motion and reply in response to and rebuttal of those arguments. As his motion to reconsider and revise states, he only requests that this Court reconsider and revise its Order to the extent it relied on the incorrect version of Mr. DeVore's proposed Amended Complaint that was mistakenly attached to his Motion for Leave to Amend.

## CONCLUSION

UPS argues for a second time that Mr. DeVore is not entitled to file an amended complaint for the same reasons it argued in its Response in Opposition to Mr. DeVore's Motion for Leave to Amend. Mr. DeVore's present Motion simply brings to the Court's attention the correct Amended Complaint he originally intended to file and requests this Court to consider it.

Respectfully Submitted,

 /s/ John S. Friend_____
John S. Friend
Robert W. "Joe" Bishop
Lauren Freeman
Chris K. Stewart
BISHOP FRIEND P.S.C
6520 Glenridge Park Place, Suite 6
Louisville, Kentucky 40222

2

(502) 425-2600  
firm@bishoplegal.net  
*Counsel for the Plaintiff,*  
*Richard DeVore*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve the following:

Tony Coleman  
Amir Nahavandi  
Dinsmore & Shohl, LLP  
101 South Fifth Street  
Suite 2500  
Louisville, KY 40202  
Phone: (502) 540-2539  
Tony.Coleman@dinsmore.com  
Amir.Nahavandi@dinsmore.com  
*Counsel for Defendant, UPS*

/s/ John S. Friend  
*Counsel for the Plaintiff,*  
*Richard DeVore*