Form 1A

Notice of Appeal to a Court of Appeals From a
Judgment of a District Court

United States District Court for the Western
District of Kentucky
Docket Number 3:19-cv-00731

Richard DeVore
                           , Plaintiff
v.                                           Notice of Appeal
United Parcel Service, Inc.
                           , Defendant

Richard DeVore (name all parties taking the appeal)* appeal to the United States Court of Appeals for the 6th Circuit from the final judgment entered on June 27, 2022 (state the date the judgment was entered).

(s) John S. Friend
*Attorney for* Richard DeVore
*Address*: 6520 Glenridge Park Place, Suite 6, Louisville, KY  40222

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.